AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**For The District of Columbia**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **JOSEPH DENNIS AKPAN**<br>**DOB:  XX/XX/1975** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___August 6, 2005___ in ___Washington, D.C.___ county, in the District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

with intent to defraud, passed, uttered, published, transferred, delivered, and/or exchanged falsely made, forged, altered or counterfeited monetary obligations or securities of the United States, with the intent to pass as genuine.

in violation of Title ___18___ United States Code, Section(s) ___472___.

I further state that I am ___Kathleen Kustra, Special Agent with U.S. Secret Service, Washington Field Office___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
Kathleen Kustra, Special Agent
U.S. Secret Service
Washington Field Office

_____
Date

at   ___Washington, D.C.___
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer