# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## Joseph Dennis Akpan

I, Kathleen A. Kustra being duly sworn, depose and say:

I am a Special Agent (hereafter "SA") with the United States Secret Service (hereafter "USSS") and have been employed by the USSS since December 29, 2002. I have received formal training in the investigation of financial crimes, including access device fraud, the counterfeiting of United States monetary obligations and securities, and identity theft. I was formally trained as a Criminal Investigator at the Federal Law Enforcement Training Center in Glynco, Georgia, and as a Special Agent at the USSS's James J. Rowley Training Center in Beltsville, Maryland. During my tenure, I have investigated cases involving check fraud, the counterfeiting of United States monetary obligations and securities, access device fraud, identity theft, and bank fraud. I am currently assigned to the USSS Washington Field Office and investigate violations of federal laws, including violations of 18 U.S.C. § 472.

The information contained in this affidavit is based on: (1) my personal knowledge and observations made by me during the course of this investigation; (2) information conveyed to me by other law enforcement officials and other witnesses; (3) my review of the confiscated counterfeit currency. Since this affidavit is submitted for the limited purpose of establishing probable cause, I have not set forth each and every fact I know regarding this investigation. This affidavit contains information necessary to support probable cause for a criminal complaint charging that Joseph D. Akpan (hereafter "AKPAN") did, on or between August 6 - August 7, 2005, in Washington, DC, with the intent to defraud, passed, uttered, published, transferred, delivered, and/or exchanged falsely made, forged, altered or counterfeited monetary obligations or securities of the United States, with the intent to pass as genuine, in violation of 18 USC § 472 as follows:

On August 7, 2005, at approximately 12:35 a.m, Secret Service Agents were contacted by the Metropolitan Police Department and advised that they were detaining an individual who attempted to pass a counterfeit $100 Federal Reserve Note (hereafter "FRN") at H2O Restaurant, 800 Water Street, SW, Washington, DC. USSS SAs responded to H2O to meet a Metropolitan Police, who advised that AKPAN attempted to pass one counterfeit $100 FRN to the cashier, W-1, to pay the $20 cover charge at approximately 11:56 p.m on August 6, 2005. W-1 advised AKPAN that the money he gave her was fake and he subsequently fled the restaurant. The Metropolitan Police Officer was advised that AKPAN ran out of the restaurant and attempted to jump over a security barrier to evade police. AKPAN was apprehended by security and found to be in possession of seventeen (17) counterfeit $100 FRNS.

USSS SAs transported AKPAN to the Washington Field Office for an interview. AKPAN was advised of his Miranda Rights, which he subsequently waived verbally and in written form. AKPAN admitted to knowingly attempting to pass the counterfeit $100

FRN as genuine currency. AKPAN further advised that he purchased $2000 in counterfeit $100 FRNs in exchange for $1000 in genuine currency at the corner of Pennsylvania Avenue and North Avenue in Baltimore, Maryland from an individual whose identity is unknown at this time. AKPAN claimed that after review of the counterfeit $100 FRNs he purchased, he noticed that he only received $1800.

A visual examination of the subject counterfeit $100 Federal Reserve Notes (hereafter, "FRN") recovered from AKPAN revealed that it was printed using inkjet technology on bleached genuine $5 FRNs.

Based on the aforementioned, this Affiant, respectfully submits that there is probable cause to believe that AKPAN is in violation of 18 U.S. Code § 472. As a result of the above, this Affiant respectfully requests that an arrest warrant be issued for Joseph Dennis AKPAN.

_____
Kathleen Kustra, Special Agent
U.S. Secret Service
Washington Field Office


Subscribed and sworn to before me this of ___ August, 2005.


_____
United States Magistrate Judge