AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

JOSEPH DENNIS AKPAN

**WARRANT FOR ARREST**

CASE NUMBER: 05 -0454M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Joseph Dennis Akpan___
                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED
AUG 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

with intent to defraud, passed, uttered, published, transferred, delivered, and/or exchanged falsely made, forged, altered or counterfeited monetary obligations or securities of the United States, with the intent to pass as genuine,

in violation of Title _18_ United States Code, Section(s) _472_.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

AUG 10 2005   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                       Name of Judicial Officer

### RETURN

| This warrant was received and executed with the arrest of the above-named defendant at | 1100 "L" street NW, Washington DC 20005 |
|---|---|
| DATE RECEIVED 8/10/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/11/05 | Kathleen Kustra, Special Agent | [signature] Kathleen Kustra |